905 F.2d 1533
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Duke WOODLEY, Plaintiff-Appellant,
v.
COMMONWEALTH OF VIRGINIA, DEPARTMENT OF CORRECTIONS; Gary
Wagner, Defendants-Appellees.
 No. 90-7266.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 7, 1990.
Decided May 21, 1990.
Rehearing and Rehearing In Banc Denied June 22, 1990.
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, United States Magistrate. (C/A No. 89-496)
 Duke Woodley, appellant pro se.
 Jeanette Dian Rogers, Office of the Attorney General of Virginia, Richmond, Va., for appellees.
 W.D.Va.
 DISMISSED.
 Before ERVIN, Chief Judge, and CHAPMAN and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Duke Woodley appeals the district court's order denying his motion for appointment of counsel. We dismiss the appeal for lack of jurisdiction.
 
 
 2
 Under 28 U.S.C. Sec. 1291 this Court has jurisdiction over appeals from final orders. A final order is one which disposes of all issues in dispute as to all parties. It "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Catlin v. United States, 324 U.S. 229, 233 (1945). As the order appealed from is not a final order, it is not appealable under 28 U.S.C. Sec. 1291. Miller v. Simmons, 814 F.2d 962, 967 (4th Cir.), cert. denied, 484 U.S. 903 (1987).
 
 
 3
 Finding no basis for appellate jurisdiction, we deny leave to proceed in forma pauperis and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 4
 DISMISSED.